UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>Alexander Brian Fernandez Hernandez,<br> aka Romualdo Hernandez Delgado,<br> aka Romualdo Hernandez-Salgado,<br> aka Armando Fernandez Hernandez.<br><br>         Defendant. | Case No. 22-cr-0806-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>JUN 27 2023<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice.

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

 Count 1: 8:1325 (a)(1) - Improper Entry by an Alien (Felony);
 Count 2: 18:1546(a) - Fraud and Misuse of Visas, Permits and Other Documents;
 Counts 3-4: 18:1028A - Aggravated Identity Theft.

Dated: 6/26/2023

                Hon. Gonzalo P. Curiel
                United States District Judge